1-18-2015

Fourth Court of Appeals
300 Dolorosa, Ste. 3200
San Antonio, TX 78205-3037

Re: Court of Appeals No. 04-14-00060-CR
Trial Court Case No: 2013-CR-3574
Style: John M. Donoho

v

State of Texas

2015 JAN 23 PM 12:15

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

Keith E. Hottle
Keith E. Hottle, Clerk

Dear Clerk,

Would you please let me know the status of the above referenced case. My court appointed attorney will not respond to my inquiries.

Thank you,

John M. Donoho
John M. Donoho
Duncan Unit #1855073
1502 South 1st St
Diboll, TX 75941

USA
FOREVER

J. DONOHUE 1855073
Duncan Unit
1502 South 1st St.
Diboll, TX 75941

NORTH HOUSTON TX 773

20 JAN 2015 PM 7 L

Fourth Court of Appeals
300 Dolorosa, Ste 3200
San Antonio, TX 78205-3037

782053039999

Legal Mail?

Legal Mail?

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JAN 23 PM 12: 15
KEITH E. HOTTLE